UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Thomas Ash,

        Plaintiff,

v.

Livingston, County of, et al.,

        Defendants.
_____/

Case No.  10-11875

Honorable Arthur J. Tarnow
Senior United States District Judge

### CORRECTED ORDER GRANTING DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING EXTRAMARITAL AFFAIRS OF LIVINGSTON COUNTY SHERIFF'S DEPARTMENT PERSONNEL [51]; GRANTING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF MARY ELLEN NYGREN [54]; DENYING DEFENDANT'S MOTION IN LIMINE TO EXCLUDE TESTIMONY OF THOMAS CREMONTE [53]

Before the Court are Defendants' Motion *In Limine* to Exclude Evidence Regarding Extramarital Affairs of Livingston County Sheriff's Department Personnel [51], filed August 15, 2012; Defendant Bezotte's Motion *In Limine* to Exclude Testimony of Mary Ellen Nygren [54], filed on August 30, 2012; and Defendant Bezotte's Motion *In Limine* to Exclude Testimony of Thomas Cremonte [53], filed on August 30, 2012.

Plaintiff filed Response to [51] Motion *In Limine* [57] on September 13, 2012.

On September 17, 2012, trial began on this matter and these motions were presented to the Court.

For the reasons stated on the record,

**IT IS HEREBY ORDERED** that Defendants' Motion *In Limine* to Exclude Evidence Regarding Extramarital Affairs of Livingston County Sheriff's Department Personnel [51] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Bezotte's Motion *In Limine* to Exclude Testimony of Mary Ellen Nygren [54] is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Bezotte's Motion *In Limine* to Exclude Testimony of Thomas Cremonte [53] is **DENIED**.

**SO ORDERED**.

s/Arthur J. Tarnow
ARTHUR J. TARNOW
SENIOR U.S. DISTRICT JUDGE

DATED: September 19, 2012